LAW OFFICES OF
# FULLER, FULLER & ASSOCIATES, P.A.

SUITE 502
12000 BISCAYNE BOULEVARD
NORTH MIAMI, FLORIDA 33181

MAIN (305) 891-5199
FACSIMILE (305) 893-9505

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/2020

April 21, 2020

*Via Electronic Mail:*

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Swartz v. Seaport Heights, LLC*
      Case No: 1:20-cv-01243-JPO

Your Honor:

This correspondence represents a first request for adjournment of the telephonic initial pretrial conference scheduled for May 6, 2020, at 2:30 p.m.

A response to the Complaint was due on March 25, 2020, but has not yet been filed. We have reached out to the Defendant via U.S. Mail and certified mail, and left a telephone message, in the hope that Defendant will respond to the Complaint.

Accordingly, it is respectfully requested that the initial conference be adjourned for sixty (60) days, to allow ample time for the Defendant to respond.

We hope Your Honor is well and appreciate the Court's consideration.

Respectfully,

FULLER, FULLER & ASSOCIATES, P.A.

*Lawrence A. Fuller*

Lawrence A. Fuller

**Granted. The initial pretrial conference shall be rescheduled for July 6, 2020 at 9:30 a.m.**

SO ORDERED:

_____   4/23/2020

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE