UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELEN SWARTZ, Individually,

    Plaintiff,

vs.                                                                                  Case No.: 1:20-cv-01243-JPO

SEAPORT HEIGHTS LLC,
a New York Limited Liability Company,

    Defendant.

### STIPULATION FOR DISMISSAL WITH PREJUDICE,

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully submitted,

FOR THE PLAINTIFF:

_____
Lawrence A. Fuller, Esq. (LF5450)
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
lfuller@fullerfuller.com

Dated: July 28, 2020

So ordered.
Dated: July 31, 2020

FOR THE DEFENDANT:

_____
Elena Yun, Esq.
The Yun Law Firm, LLC
30 Wall Street 8th Floor
New York, NY 10005
Telephone: (212) 859-3522
elena@yunlawllc.com

Dated: July 28, 2020

_____
J. PAUL OETKEN
United States District Judge